UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT
OF FLORIDA

CASE NO.: 1:18-cv-61587-BLOOM/Valle

JALINE FENWICK, individually and
on behalf of all others similarly
situated,

      Plaintiff,

vs.

AVENTURA DANCE CRUISE, LLC,

      Defendant.

_____/

## NOTICE OF SETTLEMENT

    Plaintiff, JALINE FENWICK, by and through her undersigned counsel, hereby give notice that the parties have reached a settlement with respect to Plaintiff's individual claims. Plaintiff anticipates filing a Notice of Dismissal within thirty (30) days.

Dated: January 18, 2019

          Respectfully submitted,

          **EISENBAND LAW, P.A.**

          /s/Michael Eisenband
          Florida Bar No: 94235
          515 E Las Olas Boulevard
          Suite 120
          Fort Lauderdale, FL 33301
          Telephone: (954) 533-4092
          meisenband@eisenbandlaw.com

CASE NO.: 1:18-cv-61587-BLOOM/Valle

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 18, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF. Additionally, Plaintiff is providing a copy of the foregoing to Defendant Aventura Dance Cruise LLC through email correspondence c/o Moshe Rasier at MosheRasier@gmail.com.

                                                     */s/ Michael Eisenband*
                                                     Michael Eisenband
                                                     Florida Bar No. 94235
                                                     Email: Eisenband@Eisenbandlaw.com
                                                     Telephone: 954.533.4092
                                                     Florida Bar No. 94235