UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO.: 1:18-cv-61587-BLOOM/Valle**

JALINE FENWICK, individually and
on behalf of all others similarly situated,
  Plaintiff,

vs.

AVENTURA DANCE CRUISE, LLC,
  Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

  Plaintiff Jaline Fenwick, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the instant action. All claims of Plaintiff, individually, are hereby dismissed with prejudice.

Date: May 3, 2019

                Respectfully submitted,

                **EISENBAND LAW, P.A.**

                /s/*Michael Eisenband*
                515 E. Las Olas Boulevard, Suite 120
                Ft. Lauderdale, Florida 33301
                Michael Eisenband
                Florida Bar No. 94235
                Email:
                MEisenband@Eisenbandlaw.com
                Telephone: 954.533.4092

                *Counsel for Plaintiff and the Class*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 3, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF. Additionally, Plaintiff is providing a copy of the foregoing to Defendant Aventura Dance Cruise LLC through email correspondence c/o Moshe Rasier at MosheRasier@gmail.com.

/s/*Michael Eisenband*
515 E. Las Olas Boulevard, Suite 120
Ft. Lauderdale, Florida 33301
Michael Eisenband
Florida Bar No. 94235
Email:
MEisenband@Eisenbandlaw.com
Telephone: 954.533.4092